**Order filed November 8, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01051-CV

_____

**MARY E. HALEY, Appellant**

**V.**

**HARRIS COUNTY, ON BEHALF OF ITSELF AND THE FOLLOWING COUNTY-WIDE TAXING AUTHORITIES: THE HARRIS COUNTY DEPARTMENT OF EDUCATION, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT, CITY OF HOUSTON, HOUSTON INDEPENDENT SCHOOL DISTRICT, and HOUSTON COMMUNITY COLLEGE SYSTEM, Appellees**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-36582**

## O R D E R

This court issued a Memorandum Opinion affirming the trial court's judgment on October 18, 2012, and our judgment of affirmance was rendered the same day. Appellant's motion for rehearing or reconsideration was due within 15 days after this

court's judgment was rendered. *See* Tex. App. P. 49.1. Therefore, appellant's motion for reconsideration was due on November 2, 2012. Appellant's motion for rehearing was e-filed on Saturday, November 3, 2012, however. When a motion is e-filed on a Saturday, it is deemed filed on the following Monday, if it is not a holiday. *See* Tex. App.—Houston [14th Dist.] Loc. R. 4(g)(2). Therefore, appellant's motion for reconsideration is deemed filed on Monday, November 5, 2012.

If a motion for rehearing or reconsideration is filed within 15 days of its due date, a party may filed a motion for extension of time. *See* Tex. R. App. P. 49.8. Appellant's motion was filed within 15 days of its due date, but no motion for extension of time was filed.

Accordingly, we **ORDER** appellant to file a proper motion to extend time, to file the motion for reconsideration, in accordance with Rules 10.5(b) and 49.8, within **10 days** of the date of this order. If appellant does not comply with this order, the court will strike the motion for reconsideration as untimely. *See* Tex. R. App. P. 49.1.


PER CURIAM